## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| _____ : | | |
| ADMIRAL PERRY, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | No. 2:09-cv-02795 |
|     v. | : | |
| | : | |
| DAVID VARANO, et. al., | : | |
|     Respondents. | : | |
| _____: | | |

**Order**

**AND NOW**, this 19th day of July, 2010, upon careful consideration of the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, the Commonwealth's response, the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and petitioner's objections thereto, it is hereby **ORDERED** that:

1.     Petitioner's objections are **OVERRULED**.

2.     The Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**.

3.     The petition for writ of habeas corpus is **DISMISSED** and **DENIED**.

5.     There is no ground to issue a certificate of appealability, <u>see</u> 28 U.S.C. § 2253(c).

6.     The Clerk shall **CLOSE** this case statistically.

<u>s/ William H. Yohn Jr., Judge</u>
William H. Yohn Jr., Judge
